828

No. 232. MORTON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Clarence M. Fisher* and *Carl J. Batter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Maryhelen Wigle* for respondent.

No. 233. COLONIAL TRUST CO. *v.* FIDELITY TRUST Co., TRUSTEE. C. A. 3d Cir. Certiorari denied. *Richard W. Ahlers* for petitioner. *Mahlon E. Lewis* for respondent.

No. 234. COWHER *v.* PENNSYLVANIA RAILROAD Co. Appellate Court of Illinois, First District. Certiorari denied. *Francis H. Monek* for petitioner. *George F. Barrett* and *Theodore Schmidt* for respondent.

No. 239. BOYCE ET AL. *v.* CHEMICAL PLASTICS, INC. C. A. 8th Cir. Certiorari denied. *Alice Elizabeth Culhane Fiddes* for petitioners. *Francis D. Butler* and *William Mitchell* for respondent.

No. 243. CUNNINGHAM *v.* CHICAGO. Appellate Court of Illinois, First District. Certiorari denied. *George A. Mason, George A. Mason, Jr.* and *Weightstill Woods* for petitioner. *Benjamin S. Adamowski, L. Louis Karton* and *Sydney R. Drebin* for respondent.

No. 251. BALTIMORE & OHIO RAILROAD CO. *v.* MAGRUDER, COLLECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *John S. Stanley* and *D. Heyward Hamilton, Jr.* for petitioner. *Solicitor General*